# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A.C., a Minor, by and through her Guardian Ad Litem, KAREN NUNEZ VELAZQUEZ, individually and as successor in interest to JONATHON CORONEL, and MARIA B. CORONEL an individual,<br>　　　　　　　　Plaintiffs,<br>　v.<br>COUNTY OF SAN DIEGO, CHRISTOPHER VILLANUEVA an individual; and DOES 1 Through 10, Inclusive,<br>　　　　　　　　Defendants. | Case No. 17cv1893-LAB-BLM<br><br>**AMENDED ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 99]** |

　　　The Court entered an order on December 23, 2020 granting the parties' Joint Motion to Dismiss filed at Dkt. 96. However, counsel withdrew Dkt. 96 prior to entry of that order. Dkt. 97. The parties filed an amended Joint Motion to Dismiss, correcting a typographic error in the caption but making no substantive changes. Dkt. 99. The Court **VACATES** its December 23, 2020 Order granting the withdrawn motion, Dkt. 100, and **GRANTS** the amended Joint Motion to Dismiss. Dkt. 99. The case is **DISMISSED WITH PREJUDICE**

as of the date of this Order. All parties shall pay their own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: December 28, 2020

Hon. Larry A. Burns
Chief United States District Judge